## CUNARD STEAM-SHIP CO. (Limited) *v.* ROBERTSON.

*(Circuit Court, S. D. New York.   September 5, 1883.)*

*George De Forest Lord*, for plaintiff.

*Elihu Root*, Dist. Atty., for defendant.

BLATCHFORD, Justice.   The questions in this case arise on a demurrer to the complaint.   They are the same as those discussed and disposed of in the decision herewith made in the suit in the circuit court for the eastern district of New York, brought against the same defendant by Edye and Volckens, *ante*, 135.   Judgment is ordered for the defendant, with costs.